**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NANCY KOVACIC, ET AL.,** | ) | **Case No. 1:05CV2746** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE SARA LIOI** |
| | ) | |
| **v.** | ) | |
| | ) | **JUDGMENTMENT ENTRY** |
| **CUYAHOGA COUNTY** | ) | **(Nunc Pro Tunc)\*** |
| **DEPARTMENT OF CHILDREN AND** | ) | |
| **FAMILY SERVICES, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, defendants' motions for summary judgment (Docket Nos. 42 and 56) are **GRANTED**, in part, and **DENIED**, in part. All claims brought by plaintiff Nancy Kovacic against any and all defendants are **DISMISSED** as time-barred. With respect to the claims brought by plaintiffs Daniel and Katherine Kovacic, Counts II, III, VI, VI, VII, VIII, and IX of the Amended Complaint are **DISMISSED**. The portion of Count I relating to the unlawful entry into the Kovacic home survives. The remainder of Count I is **DISMISSED**. Similarly, Count V, providing municipal liability against the County and the City survives with respect to the unlawful entry, but otherwise fails for the remaining portions of that claim. Additionally, defendants Pam Cameron, Vikki Csornok, Pam Gaylord, Michael Kilbane, Frank Chung, and John Downs, to the extent they are sued in their individual capacity, are

---

\*In its original Memorandum Opinion and Judgment Entry filed this day, the Court inadvertently failed to rule on the claims raised by plaintiff Daniel Kovacic. This filing is entered to correct that omission.

**DISMISSED** from this action.

**IT IS SO ORDERED.**

Dated: July 9, 2007                                    *s/ Sara Lioi*
                                                       Hon. Sara Lioi
                                                       United States District Judge